No. 5,652.—MONTANA POWER ·CO., Respondent, *v.* SILVER BOW COUNTY et al., Appellants.

*Appeal from District Court, Silver Bow County; Jos. R. Jackson, Judge.*

Decided March 26, 1925.

PER CURIAM.—Pursuant to praecipe of counsel for appellants, it is ordered that the appeal in the above-entitled cause be, and the same is, dismissed.

*Mr. L. A. Foot,* Attorney General, *Mr. Geo. Bourquin* and *Mr. Ed. Fitzpatrick,* for Appellants.